# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENO MEDINA, JR., | 1:15-cv-01341-GSA-HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR EXPEDITED JUDGMENT (ECF No. 3) |
| v. | |
| ANDRE MATEVOUSIAN, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.

On September 2, 2015, Petitioner filed a motion for expedited judgment. (ECF No. 3). The Court notes that it does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition. On September 9, 2015, the Court issued an order for Respondent to respond to the petition and set a briefing schedule. (ECF No. 6). Respondent shall file a response within sixty days and Petitioner may file a traverse, or an opposition or statement of non-opposition to a motion to dismiss according to the briefing schedule. If Petitioner files an opposition to a motion to dismiss, Respondent may file a reply to the opposition. Once the matter is deemed submitted, the Court will then review the parties submissions.

The Court notes that the Court's docket of pending cases is substantial, and the Court

1

must act first on those matters that have been pending the longest. In addition, Petitioner has not shown exceptional circumstances for expedited review. Therefore, Petitioner's motion to expedite must be denied.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

Dated: **September 9, 2015**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE